1022

**In the Matter of VICTORY ICE & ICE CREAM CO., Bankrupt.**

**CHICAGO ICE CREAM COMPANY v. Peter CHRISTENSEN.**

No. 5051.

Circuit Court of Appeals, Seventh Circuit.
Oct. 11, 1933.

Joseph Rosenberg, of Chicago, Ill., for appellant.

Thomas J. Symmes, of Chicago, Ill., for appellee.

Before EVANS, SPARKS, and FITZ-HENRY, Circuit Judges.

PER CURIAM.

On motion of counsel for appellee, counsel for appellant in open court consenting thereto, it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed, with costs.

---

**F. W. WALTON and Jess Cox v. UNITED STATES of America.**

No. 6335.

Circuit Court of Appeals, Sixth Circuit.
May 16, 1933.

Newman Brandon, Jr., of Nashville, Tenn., for appellants.

A. V. McLane, U. S. Atty., of Nashville, Tenn.

PER CURIAM.

Judgment of District Court affirmed.

---

**Galen H. WELCH, Collector of Internal Revenue for the Sixth Collection District of California, Appellant, v. HARRIS & HULL, Inc., Appellee.**

No. 7317.

Circuit Court of Appeals, Ninth Circuit.
Nov. 6, 1933.

Peirson M. Hall, U. S. Atty., of Los Angeles, Cal., for appellant.

Dan J. Chapin, of Los Angeles, Cal., for appellee.

Before WILBUR and SAWTELLE, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

Upon stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal dismissed; mandate forthwith.

---

**WELLS BROTHERS CONSTRUCTION COMPANY v. COMMISSIONER OF INTERNAL REVENUE.**

No. 5087.

Circuit Court of Appeals, Seventh Circuit.
Oct. 10, 1933.

Before ALSCHULER, EVANS, and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for respondent, counsel for petitioner consenting, it is ordered by the court that this cause be docketed in this court, and that the petition of the Wells Brothers Construction Company for review of the order of redetermination of the United States Board of Tax Appeals, entered on September 6, 1929, be, and the same is hereby, dismissed for want of prosecution.